19156.   OGLESBY *v.* THE STATE.

BROYLES, C. J.   1. The general grounds of the motion for a new trial, not having been argued or referred to in the brief of counsel for the plaintiff in error, are treated as abandoned.

2. The single ground of the amendment to the motion for a new trial is without merit.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1928.

*H. A. Boykin, T. J. Evans,* for plaintiff in error.
*John C. Hollingsworth, solicitor-general,* contra.